

# Fourth Court of Appeals
## San Antonio, Texas

January 18, 2022

No. 04-21-00308-CV

**IN RE** Steve **SWARTZMAN,** Andy North, and Lucy Doan

From the 166th Judicial District Court, Bexar County, Texas
Trial Court No. 2020-CI-19151
Honorable Larry Noll, Judge Presiding

# O R D E R

Sitting:     Patricia O. Alvarez, Justice
             Beth Watkins, Justice
             Lori I. Valenzuela, Justice

On January 10, 2022, Real Party in Interest Daniel Alarik filed a motion to dismiss this original proceeding based on mootness.

This court believes a serious question concerning the mandamus relief sought requires further consideration. *See* TEX. R. APP. P. 52.8(b). Relators and Respondent may file in this court a response to the motion to dismiss within **ten days** of the date of this order.

_____
Patricia O. Alvarez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 18th day of January, 2022.

_____
MICHAEL A. CRUZ, Clerk of Court